# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 21, 2022

Via ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** [signature]
VERNON S. BRODERICK
U.S.D.J.  08/23/22

Pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, Susan G. Kellman is reappointed to represent Troy Williams regarding his application for compassionate release.

Re: *U.S. v. Troy Williams*
15 Cr. 153 (VSB)

Dear Judge Broderick:

      Counsel was appointed to represent Mr. Troy Williams in connection with the above-referenced matter, pursuant to the Criminal Justice Act.

      Mr. Williams was arrested in July 2016, in connection with this case. Following his guilty plea to Count I of a superseding indictment, which charged him and others with conspiring to distribute narcotics, your Honor sentenced Mr. Williams to 150 months in custody, in January 2018. Thus, Mr. Williams, who is now 52 years old, has been in custody for a little over six and a half years. Accordingly, the Bureau of Prisons ("BOP") predicts that his release date will be March 13, 2027.

      Additionally, Mr. Williams has provided counsel with considerable evidence that he has put his prison time to good use, in that he has used this unfortunate experience to improve himself. Indeed, Mr. Williams has provided counsel with several educational certificates and his PATTERN score, which is a diagnostic tool used by the BOP to assess an inmate's successful return to society, and is score is quite impressive. Finally, Mr. Williams has lived through the horrors of the Covid pandemic while incarcerated, the details of which are indeed bleak.

      This letter is merely meant to be an overview of what Mr. Williams has been up to while incarcerated. The reason for this letter is to respectfully request that your Honor re-appoint counsel to represent Mr. Williams in connection with the Compassionate Release Motion that he hopes to be able to ask your Honor to consider.

Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: All Counsel

Troy Williams